**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MARLON ALEXIS PORTILLO GARCIA,

Petitioner,

v.

ANTONE MONIZ, et al.,

Respondents.

No. 1:26-cv-14466-RGS

**ASSENTED TO MOTION TO HOLD PETITION IN ABEYANCE**

Now come the Respondents, by and through undersigned counsel, and hereby respectfully request to hold the instant matter in abeyance. The Petition for Writ of Habeas Corpus was filed on September 30, 2026. ECF No. 1. The Respondents' response is due tomorrow, October 7, 2026. However, all parties agree that the Petitioner is eligible for a bond hearing before the Executive Office for Immigration Review ("EOIR") in light of the First Circuit's decision in *Guerrero-Orellana*, No. 25-2152, 2026 WL 2352042, at *1, 7 (1st Cir. Aug. 13, 2026).[1] Counsel for Petitioner relayed that a bond hearing has been requested. Depending on the outcome of such hearing, this Petition may become moot. Respondents, however, oppose immediate release of Petitioner, given his eligibility for a bond hearing. As such, the Respondents respectfully request the Court hold this matter in abeyance until Petitioner seeks a bond hearing before EOIR. Petitioner, through his counsel, assents to this motion.

[1] Respondents reserve all rights to appeal and incorporate by reference the legal arguments they presented in *Guerrero Orellana*. Respondents also note the petition for review filed in *Raycraft, et al. v. Lopez-Campos, et al.*, No. 25-1415 (S. Ct.) and that, ultimately, the dispositive issue in this matter is expected to be resolved before the Supreme Court.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: October 6, 2026

*/s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that I have spoken to Petitioner's counsel, and they assent to the relief requested herein.

Dated: October 6, 2026 By: */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 6, 2026 By: */s/ Erica McMahon*
ERICA MCMAHON
Special Assistant United States Attorney